**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6185**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

ISMAEL DIAZ AMESTICA, a/k/a Fidel Ramos Ramos,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:14-cr-00119-RBS-RJK-2)

Submitted: June 23, 2016                 Decided: June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ismael Diaz Amestica, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ismael Diaz Amestica appeals the district court's order denying his Fed. R. Crim. P. 35(b) motion to compel a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Amestica, No. 2:14-cr-00119-RBS-RJK-2 (E.D. Va. Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED